William J. Honan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
FRED. OLSEN DRILLING AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED. OLSEN DRILLING AS,

        Plaintiff,

    -against-

SERVICIOS MARITIMOS DE CAMPECHE S.A. DE C.V. a/k/a SERVICIOS MARITIMOS DE CAMPECHA, S.A. DE C.V.,

        Defendant.

JUDGE JONES

07 CV 7341

07 Civ. _____ (___)

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

    I, William J. Honan, attorney for Fred. Olsen Drilling AS, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Fred. Olsen Drilling AS merged into the Norwegian company Dolphin International AS ("DIAS") with the latter as the surviving company. DIAS is wholly owned by the Oslo Stock Exchange listed company Fred. Olsen Energy ASA ("FOE") – as was Fred. Olsen Drilling AS.

The two major shareholders of FOE are in turn the Oslo Stock Exchange listed (and Fred. Olsen related) companies Bonheur ASA (approximately 26.7%) and Ganger Rolf ASA (approximately 26.7%) – in total approximately 53.4%.

Dated:   New York, New York
        August 16, 2007

                                  HOLLAND & KNIGHT LLP

                    By: _____
                                William J. Honan
                                Lissa D. Schaupp
                                HOLLAND & KNIGHT LLP
                                195 Broadway
                                New York, NY  10007-3189
                                (212) 513-3200
                                *Attorneys for Plaintiff*

# 4728116_v1