Jones, S.

William J. Honan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07

ATTORNEYS FOR PLAINTIFF
FRED. OLSEN DRILLING AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED. OLSEN DRILLING AS,

    Plaintiff,

-against-

SERVICIOS MARITIMOS DE CAMPECHE, S.A.
C.V. DE a/k/a SERVICIOS MARITIMOS DE
CAMPECHA, S.A. DE C.V.,

    Defendant.

JUDGE JONES



07 Civ. _____ (   )

**ORDER APPOINTING
PERSON TO
SERVE PROCESS**

    **UPON** application of Fred. Olsen Drilling AS for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:   New York, New York
        August 17, 2007

                                    SO ORDERED

                                    _____
                                                U.S.D.J.

# 4728107_v1