CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
FRED OLSEN DRILLING AS,                          :
                                                 :
                                                 :
                            Plaintiff,           :     **07-CV-7341**
                                                 :
              v.                                 :     **NOTICE OF**
                                                 :     **APPEARANCE**
SERVICIOS MARITIMOS DE CAMPECHE, S.A. :
C.V. DE a/k/a SERVICIOS MARITIMOS DE             :
CAMPECHA, S.A. DE C.V.,                          :
                                                 :
                            Defendants.          :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 20, 2007

                      CLARK, ATCHESON & REISERT
                      Attorneys for Garnishee
                      Societe Generale New York Branch

      By: _____
                      Richard J. Reisert (RR-7118)
                      7800 River Road
                      North Bergen, NJ 07047
                      Tel: (201) 537-1200
                      Fax: (201) 537-1201
                      Email: reisert@navlaw.com