UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
FRED. OLSEN DRILLING AS,                          :

        Plaintiff,                                :

        -against-                                 :

SERVICIOS MARITIMOS DE CAMPECHE, S.A. :
C.V. DE a/k/a SERVICIOS MARITIMOS DE
CAMPECHA, S.A. DE C.V.,                          :

        Defendant.                                :

--------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/07

ORDER
07 Civ. 7341(BSJ)(KNF)

      IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-

captioned action on December 5, 2007, at 2:00 p.m.  The telephonic conference shall be initiated

by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
      November 26 , 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE