

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com





**MEMO ENDORSED**

Lissa D. Schaupp
212 513 3588
lissa.schaupp@hklaw.com

January 8, 2008

<u>BY FAX</u>

The Honorable Kevin N. Fox
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Room 540
New York, New York 10007

<u>Fred Olsen Drilling AS v. Servicios Maritimos de Campeche, S.A. de C.V. et al.</u>
SDNY Docket #: 07 Civ. 7341 (BSJ)(KNF)

Dear Honorable Sir:

    We represent Fred Olsen Drilling AS ("Fred Olsen") in this matter, and write in follow-up to our letter to Your Honor dated January 8, 2008 that was sent via fax yesterday. In particular, we wish to present some additional information that is required by Your Honor's Individual Rules in Paragraph 1(E). When we consulted Your Honor's Rules yesterday, the applicability of Paragraph 1(E) to our request was inadvertently misunderstood. For the sake of good order, we reiterate the content of yesterday's letter as well.

    On the afternoon of Wednesday, December 5, 2007, we participated in a telephone conference with the Court during which Your Honor ordered Fred Olsen to move for default by January 8, 2008 against the Defendant who has not appeared in this action. We requested confirmation that the client wished to proceed, after the receipt of which we served the Defendant with notice pursuant to Fed. R. Civ. P. Supp. Rule B(2) by international courier on Friday, December 7, 2007. From the information received from the international courier, it is

2 -    The Honorable Kevin N. Fox

our understanding that the Defendant was served with the complaint, summons and process of attachment on December 10, 2007. Therefore, in light of having to serve the documents internationally and in order to provide the requisite thirty-day period for the Defendant to answer and/or appear in this matter, we request that our time to file the default motion be adjourned until January 10, 2008.

To follow is the requisite information for this adjournment:

1. the original date: January 8, 2008;

2. the number of previous requests for adjournment or extension: none;

3. whether these previous requests were granted or denied: N/A; and

4. whether the adversary consents, and, if not, the reasons given by the adversary for refusing consent: as discussed above the adversary has not to date appeared in this action, so consent was not requested or refused.

For the foregoing reasons, we respectfully request that the Court adjourn our filing deadline for the default papers until January 10, 2008. For the convenience of the Court, we have provided a signature line for the Court's endorsement should Your Honor grant the request. We appreciate Your Honor's consideration of this matter and look forward to receiving Your Honor's decision.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By *[signature]*

Lissa D. Schaupp

LDS/ls

cc:   William J. Honan, Esq.

1/9/08.
Application granted.
SO ORDERED:
/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX, USMJ.