UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRED. OLSEN DRILLING AS,

          Plaintiff,

    -against-

SERVICIOS MARITIMOS DE CAMPECHE, S.A. C.V. DE a/k/a SERVICIOS MARITIMOS DE CAMPECHA, S.A. DE C.V.,

          Defendant.

07 Civ. 7341

<u>AFFIDAVIT OF SERVICE</u>

---

State of New York  )
                     : s.s.:
County of New York )

     Lissa D. Schaupp, being duly sworn, deposes and says: I am not a party to the action, am over eighteen years old, and reside in the State of New York.

     On December 7, 2007, I caused to be served pursuant to Supplement Rule B (2) (b) via UPS International Mail true copies of the Summons, Amended Verified Complaint, Amended Writ of Attachment and Garnishment, Amended Order for Issuance of an Amended Writ of Attachment and Garnishment, upon Servicios Maritimos de Campeche, S.A. de C.V., Melchor Ocampo Av. 193, Veronica Anzures, 11300, Miguel Hidago, Mexico, D.F.. Attached hereto as Exhibit A is the UPS Delivery Notification confirming delivery on December 10, 2007, to Carmen Gomez.

Sworn to before me this
_____ day of January, 2008

_____
Notary Public

                                                        _____
                                                        Lissa D. Schaupp

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010